THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ALBERT B. CORY, Appellant.

*Appeal — failure to prosecute — motion to dismiss granted.*

*People* v. *Cory,* 217 App. Div. 778, appeal dismissed.

(Submitted November 15, 1926; decided November 23, 1926.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second

judicial department, entered June 25, 1926, which affirmed a judgment rendered at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of grand larceny in the second degree.

The motion was made upon the ground of failure by defendant to prosecute the appeal.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.